UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO. 5:13-MJ-1779-WW-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| PATRICK DUFFY | |

Counsel for Defendant filed a motion requesting early termination of Mr. Duffy's term of probation. Counsel represented that Mr. Duffy is in compliance with all of the terms of his probation, and that his probation officer does not oppose early termination of his probation.

Accordingly, Defendant's motion for early termination of the term of probation is GRANTED.

February 26, 2014
DATE

UNITED STATES MAGISTRATE JUDGE

1